(No. 1585—

EDWARD J. JACKOBOICE, Claimant, vs. STATE OF ILLINOIS, Respondent.

*Opinion filed September 10, 1930.*

TAGGART & KINGSTON, for claimant.

OSCAR E. CARLSTROM, Attorney General; ROY D. JOHNSON, Assistant Attorney General, for respondent.

Mr. JUSTICE THOMAS delivered the opinion of the court:

Claimant sold to the Division of Highways one Monarch road scraper at the price of $301.54, the scraper being shipped June 15, 1929, and received about July 1st following.

It is admitted by the State officials that claimant has not been paid and that his claim is due. He is therefore awarded the sum of $301.54.